An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

FREDERICK VONSEYDEWITZ,
Petitioner,
vs.
DWIGHT NEVEN, WARDEN,
Respondent.

No. 65792

**FILED**

JUL 2 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DENYING PETITION*

This is a proper person petition for extraordinary relief. Petitioner seeks an order directing the district court to decide a post-conviction petition for a writ of habeas corpus that petitioner allegedly filed. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. NRS 34.360; NRS 34.160; NRS 34.170.

We note that petitioner provided no documentation in support of his claims. Further, petitioner's post-conviction habeas petition was required to have been filed in the jurisdiction in which he was incarcerated, NRS 34.738(1), but his claims appear to implicate the Sixth Judicial District Court while the address he provided and the respondent

he named indicate he is incarcerated within the jurisdiction of the Eighth Judicial District Court.[1] Accordingly, we

ORDER the petition DENIED.

_Pickering_ , J.
Pickering

_Parraguirre_ , J.
Parraguirre

_Saitta_ , J.
Saitta

cc: Frederick Vonseydewitz
Attorney General/Carson City
Pershing County Clerk

---

[1]If petitioner was transferred out of the jurisdiction of the Sixth Judicial District Court after filing his petition below, he may notify the Sixth Judicial District Court, which shall then transfer his petition to the district court for the appropriate county. _See_ NRS 34.738(2)(b).